# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

*Lantz Arnell, MD v. Judge W. McAdam*　　　　　　　　07-CV-0743-L(RBB)

Hon. M. James Lorenz

District Judge Lorenz hereby recuses himself and requests that another District Judge be selected in this case. Recusal is based on Judge Lorenz' relationship with Defendant McAdam, rather than on the grounds advanced by Plaintiff in his Request for the Recusement [*sic*] of Judge M. James Lorenz, filed on May 30, 2007.

DATED: June 1, 2007

M. James Lorenz
United States District Court Judge

CASE ASSIGNED TO: **THOMAS J. WHELAN**

New Case #: 07-CV-0743 W (RBB)