# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ E. ARNELL,<br><br>                                 Plaintiff,<br><br>   vs.<br><br>JUDGE W. McADAM, Department 8<br>Superior Court of California, County of<br>San Diego, South County Judicial<br>District,<br><br>                            Defendants. | CASE NO. 07cv0743-LAB (RBB)<br><br>**ORDER FOLLOWING HEARING ON ORDERS TO SHOW CAUSE RE: SANCTIONS**<br><br>[Docket nos. 18 and 22] |

At a hearing held today, August 13, 2007, Plaintiff appeared in response to the Court's orders to show cause why he should not be sanctioned pursuant to Fed. R. Civ. P. 11 for three pleadings he filed or attempted to file with this Court. Pursuant to proceedings at that hearing, the Court hereby imposes monetary sanctions of $3500.00. Plaintiff is **ORDERED** to pay this amount to the Clerk of Court within ten days of the date this order is signed.

**IT IS SO ORDERED**.

DATED: August 13, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07cv0743